1  JEROME SCHREIBSTEIN (SBN: 154051)
   LAW OFFICE OF JEROME SCHREIBSTEIN
2  Embarcadero Center West
   275 Battery Street, Eighteenth Floor
3  San Francisco, CA 94111
   Telephone: (415) 875-3355
4  Facsimile: (415) 358-9885

5  Attorneys for Defendant & Counterclaimant
   BAYER HEALTHCARE LLC and Defendant BAYER
6  HEALTHCARE PHARMACEUTICALS INC.

7

8               **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10 SUMAIRA EBRAT,                         ) Case No. C 11-02807 EMC
                                          )
11            Plaintiff,                  ) **STIPULATON AND [PROPOSED]**
                                          ) **ORDER CONTINUING INITIAL CASE**
12     vs.                                ) **MANAGEMENT CONFERENCE**
                                          )
13 BAYER HEALTHCARE LLC; BAYER            )
   HEALTHCARE PHARMACEUTICALS INC.        )
14 and DOES 1-100,                        )
                                          )
15            Defendants.                 )
                                          )
16 BAYER HEALTHCARE LLC,                  )
                                          )
17            Counterclaimant,            )
                                          )
18     vs.                                )
                                          )
19 SUMAIRA EBRAT,                         )
                                          )
20            Counterdefendant.           )
                                          )
21                                        )
                                          )
22 _____       )

23                        **STIPULATION**

24     It is hereby stipulated by and between plaintiff/counterdefendant Sumaira Ebrat, on the

   one hand, and, on the other hand, defendant/counterclaimant Bayer HealthCare LLC and
25
   defendant Bayer HealthCare Pharmaceuticals Inc. (collectively, "Bayer"), through their
26
   respective counsel, as follows:
27

28

                                    - 1 -

      STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
                            (NO. C 11-2807 EMC)

LAW OFFICE OF JEROME SCHREIBSTEIN
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 875-3355

1.      The initial Case Management Conference (CMC) is currently set in this matter for October 7, 2011 at 9:00 a.m.

2.      Counsel for Bayer has a scheduling conflict in another, earlier filed matter at such date/time.

3.      The parties have agreed to continue the CMC to October 21, 2011, a date that is available on the Court's calendar.  The parties also agree that the other case management dates tied to the CMC date (e.g., for filing of the Initial CMC Statement, serving Initial Disclosures) shall run from the re-scheduled CMC date.

IT IS HEREBY STIPULATED.

Respectfully submitted,

Dated: September 12, 2011          LAW OFFICE OF JEROME SCHREIBSTEIN

By: /S/ _____
      Jerome Schreibstein
Attorneys for Defendant & Counterclaimant
BAYER HEALTHCARE LLC and
Defendant BAYER HEALTHCARE
PHARMACEUTICALS INC.

Dated: September 12, 2011          MAYALL HURLEY KNUTSEN SMITH & GREEN

By: /S/ _____
      Peter A. Devencenzi
Attorneys for Plaintiff & &
Counterdefendant SUMAIRA EBRAT

//
//
//
//
//
//
//

LAW OFFICE OF JEROME SCHREIBSTEIN
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 875-3355

STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
(NO. C 11-2807 EMC)

1

## <u>ORDER</u>

2

3          Based on the Stipulation of the parties, and good cause otherwise appearing, the Initial

4   Case Management in this matter is hereby continued from October 7, 2011 at 9:00 a.m. to

5   October 21, 2011 at 9:00 a.m.  Additionally, the other case management dates tied to the CMC

6   date (e.g., for filing of the Initial CMC Statement, serving Initial Disclosures) shall run from the

7   re-scheduled CMC date.

8          IT IS SO ORDERED.

9   Dated: September _13_, 2011



10

11                                                  Edward M. Chen
                                                    United States District Court Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE OF JEROME SCHREIBSTEIN
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 875-3355