JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

Attorneys for Defendant & Counterclaimant
BAYER HEALTHCARE LLC and Defendant BAYER
HEALTHCARE PHARMACEUTICALS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMAIRA EBRAT,<br><br>   Plaintiff,<br><br>vs.<br><br>BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS INC. and DOES 1-100,<br><br>   Defendants.<br><hr>BAYER HEALTHCARE LLC,<br><br>   Counterclaimant,<br><br>vs.<br><br>SUMAIRA EBRAT,<br><br>   Counterdefendant. | Case No. C 11-02807 EMC<br><br>**STIPULATON AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

## STIPULATION

It is hereby stipulated by and between plaintiff/counterdefendant Sumaira Ebrat, on the one hand, and, on the other hand, defendant/counterclaimant Bayer HealthCare LLC and defendant Bayer HealthCare Pharmaceuticals Inc. (collectively, "Bayer"), through their respective counsel, as follows:

- 1 -

STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
(NO. C 11-2807 EMC)

1. The initial Case Management Conference (CMC) is currently set in this matter for October 7, 2011 at 9:00 a.m.

2. Counsel for Bayer has a scheduling conflict in another, earlier filed matter at such date/time.

3. The parties have agreed to continue the CMC to October 21, 2011, a date that is available on the Court's calendar. The parties also agree that the other case management dates tied to the CMC date (e.g., for filing of the Initial CMC Statement, serving Initial Disclosures) shall run from the re-scheduled CMC date.

IT IS HEREBY STIPULATED.

Respectfully submitted,

Dated: September 12, 2011       LAW OFFICE OF JEROME SCHREIBSTEIN


By: /S/_____
    Jerome Schreibstein
Attorneys for Defendant & Counterclaimant
BAYER HEALTHCARE LLC and
Defendant BAYER HEALTHCARE
PHARMACEUTICALS INC.


Dated: September 12, 2011       MAYALL HURLEY KNUTSEN SMITH & GREEN


By: /S/_____
    Peter A. Devencenzi
Attorneys for Plaintiff & &
Counterdefendant SUMAIRA EBRAT

//
//
//
//
//
//
//

## ORDER

Based on the Stipulation of the parties, and good cause otherwise appearing, the Initial Case Management in this matter is hereby continued from October 7, 2011 at 9:00 a.m. to October 21, 2011 at 9:00 a.m. Additionally, the other case management dates tied to the CMC date (e.g., for filing of the Initial CMC Statement, serving Initial Disclosures) shall run from the re-scheduled CMC date.

IT IS SO ORDERED.

Dated: September 13, 2011



_____
Edward M. Chen
United States District Court Judge