MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK S. ADAMS
CA State Bar No. 78706

Attorneys for Plaintiff/Cross-Defendant, SUMAIRA EBRAT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| SUMAIRA EBRAT, <br><br> Plaintiff, <br><br> vs. <br><br> BAYER HEALTHCARE PHARMACEUTICALS INC., a corporation; BAYER HEALTHCARE LLC, a limited liability company; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. 3:11-CV-02807 EMC <br><br> REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE |

Mark S. Adams, attorney for plaintiff SUMAIRA EBRAT, hereby requests that this firm be allowed to appear telephonically at the Case Management Conference set for October 25, 2011 at 2:30 p.m.

DATED: October 18, 2011

MAYALL HURLEY

By_____/s/ MARK S. ADAMS_____
MARK S. ADAMS

10/21/2011
DENIED
Judge Edward M. Chen

Page 1
Request to Appear Telephonically at Case Management Conference