1  JEROME SCHREIBSTEIN (SBN: 154051)
   LAW OFFICE OF JEROME SCHREIBSTEIN
2  Embarcadero Center West
   275 Battery Street, Eighteenth Floor
3  San Francisco, CA 94111
   Telephone: (415) 875-3355
4  Facsimile: (415) 358-9885

5  Attorneys for Defendant & Counterclaimant
   BAYER HEALTHCARE LLC and Defendant BAYER
6  HEALTHCARE PHARMACEUTICALS INC.

7  MARK ADAMS, ESQ. (SBN: 78706)
   MAYALL HURLEY KNUTSEN SMITH & GREEN
8  2453 Grand Canal Boulevard
   Stockton, CA 95207-8253
9  Telephone: (209) 477-3833

10 Attorneys for Plaintiff & Counterdefendant
   SUMAIRA EBRAT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| SUMAIRA EBRAT, | ) | Case No. C 11-02807 EMC |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER RE:** |
| | ) | **DISMISSAL OF KATHY TESDALL,** |
| vs. | ) | **BAYER PHARMACEUTICALS INC.** |
| | ) | |
| BAYER HEALTHCARE LLC; BAYER | ) | Date:      October 25, 2011 |
| HEALTHCARE PHARMACEUTICALS INC. | ) | Time:      2:30 p.m. |
| and DOES 1-100, | ) | Place:     Courtroom 5, 17th Floor |
| Defendants. | ) | |
| BAYER HEALTHCARE LLC, | ) | |
| Counterclaimant, | ) | |
| vs. | ) | |
| SUMAIRA EBRAT, | ) | |
| Counter-defendant. | ) | |

- 1 -

STIPULATION AND ORDER RE: DISMISSAL OF KATHY TESDALL, BAYER HEALTHCARE
PHARMACEUTICALS INC. (CASE NO. C11-02807 EMC)

## STIPULATION

The parties, defendant & counterclaimant, Bayer HealthCare LLC, and defendant Bayer HealthCare Pharmaceuticals Inc. (collectively, at times, the "Bayer Entities"), on the one hand, and plaintiff & counterdefendant, Sumaira Ebrat ("Ebrat"), on the other hand, through their respective counsel, hereby stipulate as follows:

WHEREAS, in her Complaint, Ebrat identified Kathy Tesdall as a party in the body of the pleading, though she did not name Ms. Tesdall in the Summons or caption of the Complaint;

WHEREAS, Ebrat has determined that she will not prosecute the within action against Ms. Tesdall and she will stipulate to a dismissal of the action without prejudice as to Ms. Tesdall;

WHEREAS, Ebrat named as a defendant Bayer HealthCare Pharmaceuticals Inc. in the Complaint;

WHEREAS, the Bayer Entities represent that Ebrat was never an employee of Bayer HealthCare Pharmaceuticals Inc. and that Ebrat was an employee of and terminated by Bayer HealthCare LLC;

WHEREAS, based on these representations, Ebrat has determined to dismiss without prejudice the Complaint against Bayer HealthCare Pharmaceuticals Inc.; and

WHEREAS, the parties have agreed that no party shall be entitled to its fees or costs by virtue of the above-described dismissals;

WHEREFORE, the parties hereby stipulate to the dismissal without prejudice of Kathy Tesdall and Bayer HealthCare Pharmaceuticals Inc. with a mutual waiver of fees and costs.

IT IS SO AGREED.

Dated: October 31, 2011        LAW OFFICE OF JEROME SCHREIBSTEIN


By: /S/
    Jerome Schreibstein
Attorneys for Defendant and Counterclaimant
BAYER HEALTHCARE LLC, and Defendant
BAYER HEALTHCARE PHARMACEUTICALS INC.

LAW OFFICE OF JEROME SCHREIBSTEIN
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 875-3355

LOJS/1050538/5621259v.1

1  Dated: October 31, 2011                MAYALL HURLEY KNUTSEN SMITH &
                                           GREEN

                                           By: /S/
                                               Mark Adams
                                           Attorneys for Plaintiff and Counterdefendant
                                           SUMAIRA EBRAT

## ORDER

BASED ON THE FOREGOING STIPULATION OF THE PARTIES AND GOOD CAUSE OTHERWISE APPEARING, it is hereby ordered that Kathy Tesdall and Bayer HealthCare Pharmaceuticals Inc. are dismissed without prejudice, with a mutual waiver of fees and costs.

IT IS SO ORDERED.

Dated:   11/3/11                            By:
                                               _____ M. Chen
                                               _____ ct Court Judge



- 3 -

STIPULATION AND ORDER RE: DISMISSAL OF KATHY TESDALL, BAYER HEALTHCARE PHARMACEUTICALS INC. (CASE NO. C11-02807 EMC)

LAW OFFICE OF JEROME SCHREIBSTEIN
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 875-3355

LOJS/1050538/5621259v.1