JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

Attorneys for Defendant & Counterclaimant
BAYER HEALTHCARE LLC

MARK ADAMS, ESQ. (SBN: 78706)
MAYALL HURLEY KNUTSEN SMITH & GREEN
2453 Grand Canal Boulevard
Stockton, CA 95207-8253
Telephone: (209) 477-3833

Attorneys for Plaintiff & Counterdefendant
SUMAIRA EBRAT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMAIRA EBRAT,<br><br>            Plaintiff,<br><br>     vs.<br><br>BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS INC. and DOES 1-100,<br><br>            Defendants.<br>_____<br>BAYER HEALTHCARE LLC,<br><br>            Counterclaimant,<br><br>     vs.<br><br>SUMAIRA EBRAT,<br><br>            Counter-defendant.<br>_____ | Case No. C 11-02807 EMC<br><br>**STIPULATION AND ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE** |

- 1 -

## STIPULATION

The parties, defendant and counterclaimant, Bayer HealthCare LLC, and plaintiff and counterdefendant, Sumaira Ebrat, through their respective counsel, hereby stipulate as follows:

WHEREAS, the parties have reached agreement to resolve all of the claims in this action, including the Counter-claim, and

WHEREFORE, the parties hereby stipulate to the dismissal with prejudice of this action in its entirety, with a mutual waiver of fees and costs.

IT IS SO AGREED.

Dated: December 16, 2011          LAW OFFICE OF JEROME SCHREIBSTEIN

By: /S/
     Jerome Schreibstein
Attorneys for Defendant and Counterclaimant
BAYER HEALTHCARE LLC

Dated: December 16, 2011          MAYALL HURLEY KNUTSEN SMITH & GREEN

By: /S/
     Mark Adams
Attorneys for Plaintiff and Counterdefendant
SUMAIRA EBRAT

//
//
//
//
//
//
//
//

**ORDER**

BASED ON THE FOREGOING STIPULATION OF THE PARTIES AND GOOD CAUSE OTHERWISE APPEARING, it is hereby ordered that this action, including the Counter-claim, is hereby dismissed in its entirety with prejudice, with a mutual waiver of fees and costs.

IT IS SO ORDERED.

Dated:    12/19/11

By: _____
Honorable Edward M. Chen
District Court Judge



- 3 -

STIPULATION AND ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE
(CASE NO. C11-02807 EMC)